**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LISA RENEE COOPER,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:18-cv-1222 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| **PJ APARTMENTS, LLC, d/b/a.,** : | |
| **VILLAGE SQUARE** : | Magistrate Judge Jolson |
| **APARTMENTS,** *et al.*, : | |
| : | |
| Defendants. : | |

# ORDER

On March 10, 2021, the parties submitted a Joint Stipulation of Dismissal and request the dismissal of this action with prejudice and without costs. (ECF No. 71).  It is hereby **ORDERED** that pursuant to that stipulation, this matter is hereby **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees. (*Id.*).

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  April 13, 2021**

1